## Donovan's Estate.

Argued May 19, 1937. Before KEPHART, C. J., SCHAF-FER, MAXEY, DREW, LINN, STERN and BARNES, JJ.

*Lloyd J. Schumacker,* trustee ad litem, appellant, in propria persona.

*Maurice Bower Saul,* with him *R. M. Remick,* of *Saul, Ewing, Remick & Saul,* for appellee.

*Thomas Stokes,* with him *William Carson Bodine,* of *Pepper, Bodine, Stokes & Schoch,* and *Morgan, Lewis & Bockius,* for intervenor.

*Henry S. Drinker, Jr.,* of *Drinker, Biddle & Reath,* filed a brief as amicus curiæ.

OPINION BY MR. JUSTICE LINN, October 8, 1937:

This appeal, like that in *Carwithen's Estate,* 327 Pa. 490, is from a declaratory judgment that testamentary trustees have the right to invest in shares of stock. The opinions filed below are reported in 28 D. & C. Rep. 93. For the reasons stated in the opinion filed in *Carwithen's Estate,* the judgment is reversed and the petition dismissed, costs to be paid out of the principal of the estate.